# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No.: **CR 21-019 D**

Charging Document: **Indictment**   No. of Defendants: 1   Total No. of Counts: 3   Sealed: Y ☐ N ☑

Forfeiture: Y ☑ N ☐   OCDETF: Y ☐ N ☑   Warrant: ☑   Summons: ☐   Notice: ☐

Companion Case No. (if any): _____

By: **lcn**

**FEB 18 2021**

### DEFENDANT INFORMATION:

| Name: DARNELL MAURICE GILBERT | |
|---|---|
| Alias(es): Darnelle Gilbert; Darnelle M. Gilbert; Darell Maurice Gilbert; Darnell M. Gilbert | Address: |
| | FBI No.: |
| DOB: XX-XX-1988   SSN: XXX-XX-3419 | Race: Black   Interpreter: Y ☐ N ☑ |
| Sex: M ☑ F ☐   Juvenile: Y ☐ N ☑ | Language/Dialect: English |

### DEFENDANT STATUS/RECOMMENDATION:
☐ Not in Custody   ☑ Detention Requested
☐ Type of Bond: _____
☑ In Custody at: Muskogee County Jail
Inmate/Prisoner/Register No.: _____

### PRIOR MAGISTRATE JUDGE PROCEEDINGS:
Complaint: Y ☐ N ☑
Magistrate Judge Case No.: MJ-
Previously Detained: Y ☐ N ☑

### ATTORNEY/AGENCY INFORMATION:
☐ Public Defender   ☐ CJA Panel   ☐ Retained
Name: _____   Address: _____   Phone: _____
AUSA: Chelsie Pratt
Agent/Agency: USMS
Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearms | 18 U.S.C. § 924(a)(2) - NMT 10 years imprisonment; $250,000 fine, or both; NMT 3 years S/R; $100 S/A |
| 2 | 21 U.S.C. § 841(a)(1) | Possession of Marijuana with Intent to Distribute | 21 U.S.C. § 841(b)(1)(D) - NMT 5 years imprisonment; $250,000 fine, or both; NLT 2 years S/R; $100 S/A |
| 3 | 18 U.S.C. § 924(c)(1)(A) | Possession of Firearms in Furtherance of a Drug-Trafficking Crime | NMT 5 years imprisonment, to be served consecutive to any other term of imprisonment imposed, $250,000 fine, or both; NMT 5 years S/R; $100 S/A |
| Forfeiture Allegations | 18 U.S.C. § 924(d); 21 U.S.C. § 853; 28 U.S.C. § 2461(c) | Criminal Forfeiture | |

Signature of AUSA: s/CHELSIE A. PRATT   Date: 02/17/2021

**RECEIVED FEB 18 2021**
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

3/19