# CRIMINAL COURTROOM MINUTE SHEET
## DETENTION HEARING

**DATE:** Oct 5, 2021     **CASE:** CR-21-19-D

**TIME IN COURT:** 50 mins     **COURTROOM:** 103

**MAGISTRATE JUDGE SHON T. ERWIN**     **COURTROOM DEPUTY ANDREA CASTER**

**UNITED STATES OF AMERICA vs.** Darnell Maurice Gilbert

Defendant States true and correct name as: same     **AGE:**

**Government Cnsl:** Chelsie Pratt     **Defendant Cnsl:** Julia Summers

**U.S. Probation Officer:** Raven McDaniel     Public Defender

- [x] Defendant Appears, custody of U.S. Marshal with Counsel     **Interpreter:**
- [ ] Defendant advised of his / her right of consular notification,
- [ ] Court inquires of Government regarding notification of victim(s) under Justice for All Act.
- [x] Parties announce ready.  [x] Parties provided with a written Pretrial Services Report.

| WITNESSES FOR GOVERNMENT | WITNESSES FOR DEFENDANT |
|---|---|
| 1. Cody Gibson-Shawnee PD | 1. |
| 2. | 2. |
| 3. | 3. |

- [x] Government and Defendant make opening statement.
- [ ] Government withdraws request for detention and recommends defendant be released on bond with conditions per release Order.
- [ ] Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.
- [ ] Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should dft's circumstances change. Defendant remanded to custody of U.S. Marshal.
    - [x] Government introduces evidence with testimony of  1  witness(es) and rests.
    - [ ] Defendant introduces evidence with testimony of ___ witness(es) and rests.
    - [ ] Government  [ ] Defendant rest(s) without introducing evidence.
    - [ ] Government  [x] Defendant proffer(s) evidence and rests.
    - [x] Government  [x] Defendant make(s) closing statements.

## The Court Orders:

- [ ] The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.
- [x] Defendant detained pending trial; Detention Order to be entered. Defendant remanded to custody of U.S. Marshal.
- [ ] Unsecured Bond set at _____ with conditions per Release Order.
- [ ] Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.
- [ ] Defendant remanded to the custody of U.S. Marshal pending execution of bond.
- [ ] Defendant remanded to the custody of U.S. Marshal.