IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CR-21-19-D |
| DARNELL MAURICE GILBERT, | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DETENTION

In accordance with 18 U.S.C. § 3143(a), and after hearing the evidence presented and the argument of counsel, the undersigned finds and orders as follows:

- Defendant has been found guilty of the offense charged;

- Defendant is awaiting imposition or execution of sentence; and

- Defendant is a person for whom the sentencing guidelines recommend a term of imprisonment.

Defendant has not shown by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released. Defendant has not shown by clear and convincing evidence that he is not likely to flee or otherwise continue to violate his conditions of release.

Based on the foregoing and as more fully explained on the record of the hearing, the Defendant is ordered detained pending further proceedings.

**SO ORDERED** on October 5, 2021.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE